**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

CLEAN AIR COUNCIL, MARGARET M. : No. 231 EAL 2018
DEMARTELEIRE, AND MICHAEL S. :
BOMSTEIN, :
: Petition for Allowance of Appeal from
                    Petitioners : the Order of the Commonwealth Court
:
:
             v. :
:
:
SUNOCO PIPELINE L.P., :
:
                    Respondent :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 5th day of December, 2018, the Petition for Allowance of Appeal is **DENIED**.